No. 5786.—Rubert Hermanos, Inc., apltes., *v.* Santos, apldo.— C. D. Bayamón. ▆▆▆▆▆▆▆▆▆▆ Julio 29, 1932. ·

Por los fundamentos consignados en la opinión emitida en el día de hoy en el caso No. 5784, *Rubert Hermanos Inc.*, demandante-apelante, v. *Antonio Hernández, demandado-apelado* (43 D.P.R. 960), se revoca la sentenica apelada que dictó la Corte de Distrito de Bayamón en el caso de epígrafe con fecha 23 de junio de 1931, y en su lugar se dicta ésta declarando con lugar la demanda, sin costas, y en su consecuencia ordenando, como se ordena, el lanzamiento del demandado Anastacio Santos de la siguiente finca, propiedad de la demandante, a saber:

"Predio de terreno, lindante en sus cuatro puntos cardinales con la finca que más adelante se describe, el cual predio mide 61 varas por el Norte; 22 varas por su lado Sur; 51 varas por su lado Este y 66 varas por su lado Oeste, equivalente más o menos a tres cuerdas con ochenta y ocho céntimos de otra."

Esta finca forma parte de la que aparece inscrita a favor de la demandante al folio 197 del tomo 10 de Vega Alta, finca 465, inscripción primera, bajo la siguiente descripción:

"Rústica—Parcela de terreno radicada en los barrios de Punto Blanco, Sabana y Cerro Gordo, del término Municipal de Vega Alta, P. R., compuesta de novecientas cuarenta y ocho cuerdas con sesenta y cinco céntimos de otra, equivalentes a 372 hectáreas, 85 áreas y 57 centiáreas, lindante por el Norte con el mar, (Océano Atlántico) Mister G. Y. Waymouth antes, hoy don Eloy Hernández y Mr. Moore; por el Sur con la Central Carmen y Mr. Moore; por el Este con Mr. G. Y. Waymouth antes, hoy don Eloy Hernández, la Central Carmen y Mr. Moore; y por el Oeste con Rubert Hermanos, Inc."

El lanzamiento se verificará por el Márshal de la Corte sentenciadora dentro del término de veinte días, contados a partir de la fecha

en que esta sentencia sea recibida en la Corte de Distrito de Bayamón, de acuerdo con lo prescrito por la ley sobre desahucio, Leyes de 1905, página 286 y 290.